≈JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Lowell and Billerica

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 24-mj-6258-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☐ No

**Defendant Information:**

Defendant Name: Sovath Yern     Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: Stryke

Address: Lowell, MA

Birth date (Yr only): 1989    SSN (last 4#): 6621    Sex: M    Race: A    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Fred M. Wyshak, III     Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/29/2025     Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Sovath Yern

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts  **Category No.** II  **Investigating Agency** FBI

**City** Lowell and Billerica

**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☐ No

**Defendant Information:**

Defendant Name  Owen Landry   Juvenile: ☐ Yes  ☐ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☐ No

Alias Name: Oski

Address: Lowell, MA

Birth date (Yr only): 2002   SSN (last 4#): 2478   Sex: M   Race: W   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Fred M. Wyshak, III   Bar Number if applicable: 674033

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/29/2025   Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Owen Landry

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams and More of Methamphetamine; Aiding and Abetting | 2 |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 500 Grams and More of Methamphetamine | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Attachment

Search warrant case numbers

23-MJ-4169-DHH
23-MJ-4171-DHH
24-MJ-6258-MPK

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Lowell and Billerica

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number: See attached
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☐ No

**Defendant Information:**

Defendant Name: Zachary Hansen    Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: _____

Address: Lowell, MA

Birth date (Yr only): 1995    SSN (last 4#): 2790    Sex: M    Race: W    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Fred M. Wyshak, III    Bar Number if applicable: 674033

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/29/2025    Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Zachary Hansen

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams and More of Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii) | Distribution of and Possession with Intent to Distribute 500 Grams and More of Methamphetamine | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

Attachment

Search warrant case numbers

23-MJ-4169-DHH
23-MJ-4171-DHH
24-MJ-6258-MPK